STATE ex rel. GRABER, Respondent, v. SCHMIDT, Appellant.

(174 N. W. 951.)

(File No. 4569.  Opinion filed October 3, 1919.)

**Practice—Demurrer to Complaint, Order Overruling With Permission to Answer, Affirmants of Appeal From, With Direction to Enter Judgment Below—Direction Stricken.**

Where an order overruling a demurrer to the complaint, which granted appellant permission to answer the merits within a specified time, is affirmed on appeal, the opinion of Supreme Court affirming the order and directing trial court to enter judgment for relator, will be modified by striking out such direction.  So held on petition for rehearing.

On rehearing.  A direction of Supreme Court to trial court to enter judgment for relator on affirmance of the order appealed from, stricken out; rehearing denied.

For former opinion see 42 S. D. 267, 173 N. W. 838.

*Kirby, Kirby & Kirby,* for Appellant.

*J. C. Graber,* and *Wicks & Quinn,* for Respondent.

POLLEY, J.  In his petition for rehearing, counsel for appellant call our attention to the fact that the order appealed from granted appellant permission to answer to the merits within the five days after entering said order.  This fact was overlooked when the opinion was prepared and, as it was not our intention to deprive appellant of any privilege granted by the trial court, the opinion herein filed on the 15th day of August, 1919, is hereby modified, by striking out the direction to the trial court to enter judgment for the relator.

With this modification, the order appealed from is affirmed, and the rehearing is denied.